**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Matthew S. Dilts | Social Security number or ITIN    xxx–xx–2700 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–18862–CMG | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew S. Dilts

8/6/18                                                                        **By the court:** Christine M. Gravelle
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 18-18862-CMG
Matthew S. Dilts                                              Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Aug 06, 2018
                              Form ID: 318               Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Matthew S. Dilts,    37 Miry Brook Road,    Hamilton, NJ 08690-1640
517490780       Akron Billing,    3385 Ridge Park Drive,    Akron, OH 44333
517490782       Angela Merlo, MD,    1 Princess Road,    Lawrence Township, NJ 08648
517490783      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
517490786      +Best Buy,    PO Box 790441,    Saint Louis, MO 63179-0441
517490787      +Capital Health,    750 Brunswick Avenue,    Trenton, NJ 08638-4143
517490788      +Capital Health Advanced Imaging,    PO Box 371863,    Pittsburgh, PA 15250-7863
517490789      +Capital Health Hospitalist Group,    PO Box 8500-8567,    Philadelphia, PA 19178-0001
517490790      +Capital Health System at Mercer,    PO Box 8500-1576,    Philadelphia, PA 19178-0001
517490796      +Comp Sleep Associates of NJ,    PO Box 8500-9052,    Philadelphia, PA 19178-0001
517490799      +Delta Dental,    PO Box 222,    Parsippany, NJ 07054-0222
517490800      +EMA,    PO Box 5333,    Parsippany, NJ 07054-6333
517490801      +Emrg Phy Assoc of S Jersey, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
517490802      +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
517490804      ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
               (address filed with court: Flagship Resort Development Corp,    PO Box 78843,
                 Phoenix, AZ 85062)
517490806      +Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
517490807      +Hamilton Physical Therapy Services,    1900 Arena Drive,    Trenton, NJ 08610-2426
517490808      +Hamilton Physicians Group,    PO Box 8500-2946,    Philadelphia, PA 19178-0001
517490809      +Heart Care Specialists at Capital Health,    PO Box 8500-1097,    Philadelphia, PA 19178-0001
517490811      +LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
517490810      +Laser Spine Institute,    PO Box 650724,    Dallas, TX 75265-0724
517490816      +MNet Financial,    95 Argonaut Suite 250,    Aliso Viejo, CA 92656-4142
517490812      +Mark L. Nichter, P.C.,    44 South Broadway,    White Plains, NY 10601-4425
517490813      +Mercer Bucks Orthopaedics,    PO Box 8095,    Lancaster, PA 17604-8095
517490814      +Mercer County Surgical Center,    3120 Princeton Pike,    2nd Floor Suite B,
                 Lawrence Township, NJ 08648-2325
517490817      +Multispecialty Group of CHS,    PO Box 8500-1611,    Philadelphia, PA 19178-0001
517490823      +NJ E-ZPass Violations,    PO Box 4971,    Trenton, NJ 08650-4971
517490821      +New Jersey Back and Neck Institute,    3131 Princeton Pilke Bldg 106,
                 Lawrence Township, NJ 08648-2201
517490824      +Norris McLaughlin & Marcus, PA,    PO Box 5933,    Bridgewater, NJ 08807-5933
517490827      +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
517490829      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
517490836      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517490831      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490840      +Radiology Affiliates of Central NJ,    PO Box 787512,    Philadelphia, PA 19178-7512
517490843      +Stark & Stark,    993 Lenox Drive,    Lawrence Township, NJ 08648-2389
517490844      +Surgical Specialists of Princeton,    136 Main Street,    Princeton, NJ 08540-5789
517490845      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517490846      +Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2018 23:39:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517490781      +EDI: RMCB.COM Aug 07 2018 02:53:00      AMCA/American Medical Collection Agency,
                 Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517490794      +EDI: CCS.COM Aug 07 2018 02:53:00      CCS Collection,    725 Canton Street,
                 Norwood, MA 02062-2679
517490795       EDI: CITICORP.COM Aug 07 2018 02:53:00      Citibank,    7920 NW 110th St,
                 Kansas City, MO 64153
517490797      +EDI: CCS.COM Aug 07 2018 02:53:00      Credit Collections Svc,    725 Canton St,
                 Norwood, MA 02062-2679
517490822      +E-mail/Text: Jerry.Bogar@conduent.com Aug 06 2018 23:40:19      NJ E-Z Pass,    PO Box 52005,
                 Newark, NJ 07101-8205
517490819      +E-mail/Text: Bankruptcies@nragroup.com Aug 06 2018 23:40:16      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
517490825      +E-mail/Text: bankruptcy@onlineis.com Aug 06 2018 23:39:47      Online Collections,    PO Box 1489,
                 Winterville, NC 28590-1489
517490830       EDI: PRA.COM Aug 07 2018 02:53:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
517490841      +EDI: RMCB.COM Aug 07 2018 02:53:00      RMCB,    4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-3835
517490842      +E-mail/Text: rwjebn@rwjbh.org Aug 06 2018 23:40:10      Robert Wood Johnson University Hospital,
                 One Hamilton Health Place,    Hamilton, NJ 08690-3599
517490848      +E-mail/Text: vci.bkcy@vwcredit.com Aug 06 2018 23:39:26      Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 06, 2018
                              Form ID: 318             Total Noticed: 51


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517490784*     +Arcadia,    645 Penn St,    Reading, PA 19601-3543
517490785*     +Arcadia,    645 Penn St,    Reading, PA 19601-3543
517490791*     +Capital Health System at Mercer,    PO Box 8500-1576,    Philadelphia, PA 19178-0001
517490792*     +Capital Health System at Mercer,    PO Box 8500-1576,    Philadelphia, PA 19178-0001
517490798*     +Credit Collections Svc,    725 Canton St,    Norwood, MA 02062-2679
517490803*     +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
517490805*    ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
               (address filed with court:  Flagship Resort Development Corp,    PO Box 78843,
                 Phoenix, AZ 85062)
517490815*     +Mercer County Surgical Center,    3120 Princeton Pike,    2nd Floor Suite B,
                 Lawrence Township, NJ 08648-2325
517490818*     +Multispecialty Group of CHS,    PO Box 8500-1611,    Philadelphia, PA 19178-0001
517490820*     +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
517490826*     +Online Collections,    PO Box 1489,    Winterville, NC 28590-1489
517490828*     +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
517490832*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490833*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490834*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490835*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490837*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490838*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490839*     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517490847*     +Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
517490793     ##+CareCentrix,   PO Box 7780,    London, KY 40742-7780
                                                                                               TOTALS: 0, * 20, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Kevin Gordon McDonald    on behalf of Creditor    VW Credit, Inc. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Lee Martin Perlman    on behalf of Debtor Matthew S. Dilts ecf@newjerseybankruptcy.com,
       lmpcourt@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 5